# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 MAY 12  AM 8:33

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Room 271 of the DoubleTree Hotel, located at 870<br>Williston Road, South Burlington, Vermont | ) ) ) ) ) ) Case No. 2:21-mj-47 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

located in the _____ District of _____Vermont_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B1, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Knowingly and intentionally possessing with intent to distribute and distributing cocaine base, a Schedule II controlled substance. |

The application is based on these facts:

See attached affidavit, incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Frank Scalise, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/11/2021__

*Judge's signature*

City and state: South Burlington, Vermont          Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*